R. J. WADDELL V. ALONZO G. SHEARS, *et al.*

AT the June Term, 1881, of the district court of Woodson county, defendants *Shears* and others had judgment against the plaintiff *Waddell,* who brings the case here.

*H. D. Dickson,* for plaintiff in error.

*Cates & Keplinger,* for defendants in error.

*Per Curiam:* This case is dismissed, on the authority of *McDermott v. Loftus,* 27 Kas. 68, and *Bennett v. Dunn,* 27 Kas. 194. Judgment in the district court was rendered June 8, 1881, and the petition in error not filed in this court until June 24, 1882 — more than one year thereafter.